

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 FEB 23  P 2: 57

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERTO OMAR VERA (1)<br>KAMERON PAUL VERA (2)<br>ROBERTO TREVIZO MUNOZ (3)<br>SIMON LOUIS TREVINO (4)<br>JORGE MORALES (5)<br>KNEELY DENAY ABADIE (6)<br>STEPHANIE JEAN ALDAVA (7)<br>   aka STEPHANIE JEAN BRADLEY<br>   aka STEPHANIE JEAN MAY<br>   aka STEPHANIE JEAN BRISTOW<br>RODNEY ALLEN BROACH (8)<br>ANGELA DANIELLE BURKHAM (9)<br>ELIZABETH NEELY CAUSEY-ECK (10)<br>MARK ALLEN CRAVEN (11)<br>LAUREN ALLYSON CRITES (12)<br>   aka LAUREN ALLYSON ANDERSON<br>CHARLEY SEAY CROSSLAND (13)<br>   aka CHARLEY DENISE SEAY<br>ARTHUR DANIEL CURRIE (14)<br>   aka AQUAMAN<br>CAITLYN TAYLOR JOHNSON (15)<br>CHELSEA LORAINE JOHNSON (16)<br>ILONA KLONOWSHI KING (17)<br>   aka ILONA KLONOWSKI BRAZEAL<br>LARRY RAY LINCKS (18)<br>DANIEL MOSS (19)<br>JOHN CRAIG OWEN (20)<br>CLISTY DIANE PRATT (21)<br>   aka CLISTY DIANE BAKER<br>PAUL WADE SHREVES (22)<br>BRANDI SCOTT TURCOLA (23)<br>   aka BRANDI SCOTT BLACKBURN<br>   aka BRANDI SCOTT SMITH | **FILED UNDER SEAL**<br>NO. 3:17-CR-17<br><br>Supersedes Indictment returned on January 10, 2017<br><br><br>Defendants are not listed in order of culpability or hierarchy regarding drug trafficking activities |

**Superseding Indictment – Page 1**

SUPERSEDING INDICTMENT

The Grand Jury charges:

Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
[Violation of 21 U.S.C. § 846]

Between on or about January 1, 2016 and on or about February 22, 2017, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Roberto Omar Vera, Kameron Paul Vera, Roberto Trevizo Munoz, Simon Louis Trevino, Jorge Morales, Kneely Denay Abadie, Stephanie Jean Aldava, Rodney Allen Broach, Angela Danielle Burkham, Elizabeth Neely Causey-Eck, Mark Allen Craven, Lauren Allyson Crites, Charley Seay Crossland, Arthur Daniel Currie, Caitlyn Taylor Johnson, Chelsea Loraine Johnson, Ilona Klonowshi King, Larry Ray Links, Daniel Moss, John Craig Owen, Clisty Diane Pratt, Paul Wade Shreves,** and **Brandi Scott Turcola** knowingly and intentionally combined, conspired, confederated and agreed with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute five hundred grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

All in violation of 21 U.S.C. § 846.

Counts Two through Twenty-Six
Possession with Intent to Distribute a Controlled Substance
[Violation of 21 U.S.C. § 841(b)(1)(C)]

On or about the dates listed below, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants listed below, knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

| Count | Defendant | On/In or About |
|---|---|---|
| 2 | Roberto Omar Vera | March 31, 2016 |
| 3 | Kameron Paul Vera | May 9, 2016 |
| 4 | Roberto Trevizo Munoz | December 1, 2016 |
| 5 | Roberto Trevizo Munoz | January 5, 2017 |
| 6 | Simon Louis Trevino | October 21, 2016 |
| 7 | Simon Louis Trevino | December 2, 2016 |
| 8 | Jorge Morales | December 20, 2016 |
| 9 | Kneely Denay Abadie | June 2015 |
| 10 | Stephanie Jean Aldava | December 2014 to October 2016 |
| 11 | Rodney Allen Broach | September 14, 2015 to Sepember 14, 2016 |
| 12 | Angela Danielle Burkham | January 2016 to October 2016 |
| 13 | Elizabeth Neely Causey-Eck | September 8, 2016 |
| 14 | Mark Allen Craven | January to August 2016 |
| 15 | Lauren Allyson Crites | January 2016 to July 2016 |
| 16 | Charley Seay Crossland | March 2016 to October 2016 |
| 17 | Arthur Daniel Currie | January 2016 to June 2016 |
| 18 | Caitlin Taylor Johnson | February 2016 to December 2016 |
| 19 | Chelsea Loraine Johnson | July to November 2016 |
| 20 | Illona Klonowshi King Brazeal | January 2016 to September 2016 |
| 21 | Larry Ray Lincks | March 2016 to September 2016 |
| 22 | Daniel Moss | June 23, 2016 |
| 23 | John Craig Owen | January 2016 to August 2016 |
| 24 | Clisty Diane Pratt | June 2016 to July 2016 |
| 25 | Paul Wade Shreves | January to October 2016 |
| 26 | Brandi Scott Turcola | January 2016 - August 2016 |

<u>Count Twenty-Seven</u>
Possession with Intent to Distribute a Controlled Substance
[Violation of 21 U.S.C. § 841(b)(1)(C)]

On or about March 31, 2016, in the Dallas Division of the Northern District of Texas and elsewhere, **Roberto Omar Vera**, knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

<u>Count Twenty-Eight</u>
Possession with Intent to Distribute a Controlled Substance
[Violation of 21 U.S.C. § 841(b)(1)(C)]

Between on or about March 17, 2016, and on or about May 9, 2016, in the Dallas Division of the Northern District of Texas and elsewhere, **Kameron Paul Vera**, knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

<u>Count Twenty-Nine</u>
Possession of a Firearm by a Felon
[Violation of 18 U.S.C. §§ 922(g)(l) and 924(a)(2)]

On or about December 28, 2016, in the Dallas Division of the Northern District of Texas, the defendant, **Roberto Omar Vera**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is (1) a Ruger Sturm, Model P89, 9 mm, and (2) a Smith & Wesson, model Mp9, Shield 9 mm, in violation of 18 U.S.C. §§ 922(g)(l) and 924(a)(2).

<u>Count Thirty</u>
Possession of a Firearm by a Felon
[Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

On or about September 1, 2016, in the Dallas Division of the Northern District of Texas, the defendant, **Larry Ray Lincks**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is a Taurus 9mm Handgun (S/N: TEP98221), in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

<u>Forfeiture Notice</u>
[21 U.S.C. § 853(a); 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)]

The allegations contained in Counts 1 through 30 of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Upon conviction for any of Counts One through Twenty-Eight of this Indictment and pursuant to 21 U.S.C. § 853(a), the defendants, **Roberto Omar Vera, Kameron Paul Vera, Roberto Trevizo Munoz, Simon Louis Trevino, Jorge Morales, Kneely Denay Abadie, Stephanie Jean Aldava, Rodney Allen Broach, Angela Danielle Burkham, Elizabeth Neely Causey-Eck, Mark Allen Craven, Lauren Allyson Crites, Charley Seay Crossland, Arthur Daniel Currie, Caitlyn Taylor Johnson, Chelsea Loraine Johnson, Ilona Klonowshi King, Larry Ray Links, Daniel Moss, John Craig Owen, Clisty Diane Pratt, Paul Wade Shreves,** and **Brandi Scott Turcola,** shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or facilitate the commission of the respective offense.

The allegations contained in Counts Twenty-Nine and Thirty of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction for the offenses alleged in Count 30 of this Superseding Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendants, **Roberto**

**Omar Vera** and **Larry Ray Links**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or facilitate the commission of the offense. Specifically, this includes $6,642 in cash (as to **Vera**) and the following firearms:

- a Ruger Sturm, Model P89, 9 mm, serial number 305-96954 (as to **Vera**),
- a Smith & Wesson, model Mp9, Shield 9 mm, serial number HUN6118 (as to **Vera**),
- a Sturm, Ruger, and Co. Inc. model P94 [P944] pistol, .40 caliber, serial number 341-02043 (as to **Vera**),
- Charter Arms Corporation model undercover revolver, .38 special caliber, serial number 528583 (as to **Vera**),
- Diamondback Firearms model DB380 pistol, .380 Auto caliber, serial number ZH1208, (as to **Vera**),
- Taurus 9mm Handgun, serial number TEP98221 (as to **Lincks**), and
- Ammunition found connected to the above named firearms (**as to both Vera and Lincks**).

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY


_____
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Facsimile: 214.659.8812
Email: philip.meitl@usdoj.gov


_____
JOHN KULL
Assistant United States Attorney
Texas Bar No.
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8812
Email: john.kull@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

ROBERTO OMAR VERA (1), KAMERON PAUL VERA (2),
ROBERTO TREVIZO MUNOZ (3), SIMON LOUIS TREVINO (4),
JORGE MORALES (5), KNEELY DENAY ABADIE (6),
STEPHANIE JEAN ALDAVA (7) aka STEPHANIE JEAN BRADLEY
aka STEPHANIE JEAN MAY, aka STEPHANIE JEAN BRISTOW
RODNEY ALLEN BROACH (8), ANGELA DANIELLE BURKHAM (9)
ELIZABETH NEELY CAUSEY-ECK (10), MARK ALLEN CRAVEN (11)
LAUREN ALLYSON CRITES (12), aka LAUREN ALLYSON ANDERSON
CHARLEY SEAY CROSSLAND (13), aka CHARLEY DENISE SEAY
ARTHUR DANIEL CURRIE (14), aka AQUAMAN, CAITLIN TAYLOR
JOHNSON (15), CHELSEA LORAINE JOHNSON (16),
ILLONA KLONOWSHI KING (17), aka ILLONA KLONOWSKI BRAZEAL
LARRY RAY LINCKS (18), DANIEL MOSS (19), JOHN CRAIG OWEN (20)
CLISTY DIANE PRATT (21), aka CLISTY DIANE BAKER,
PAUL WADE SHREVES (22), BRANDI SCOTT TURCOLA (23), aka BRANDI
SCOTT BLACKBURN aka BRANDI SCOTT SMITH

---

INDICTMENT

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Controlled Substance

21 U.S.C. § 841(b)(1)(C)
Possession with Intent to Distribute a Controlled Substance

18 U.S.C. §§ 922(g)(1) and 924 (a)(2)
Possession of a Firearm by a Felon

21 U.S.C. § 853(a)
Forfeiture Notice

30 Counts

A true bill rendered

---

DALLAS                                                                 FOREPERSON

Filed in open court this 22nd day of February, 2017.

---

**Warrant to be Issued KNEELY DENAY ABADIE** (6), **STEPHANIE JEAN ALDAVA** (7) aka STEPHANIE JEAN BRADLEY aka STEPHANIE JEAN MAY, aka STEPHANIE JEAN BRISTOW, **RODNEY ALLEN BROACH** (8), **ANGELA DANIELLE BURKHAM** (9), **ELIZABETH NEELY CAUSEY-ECK** (10), **MARK ALLEN CRAVEN** (11), **LAUREN ALLYSON CRITES** (12), aka LAUREN ALLYSON ANDERSON, **CHARLEY SEAY CROSSLAND** (13), aka CHARLEY DENISE SEAY, **ARTHUR DANIEL CURRIE** (14), aka AQUAMAN, **CAITLIN TAYLOR JOHNSON**(15), **CHELSEA LORAINE JOHNSON** (16), **ILLONA KLONOWSHI KING** (17), aka ILLONA KLONOWSKI BRAZEAL, **LARRY RAY LINCKS** (18), **DANIEL MOSS** (19), **JOHN CRAIG OWEN** (20), **CLISTY DIANE PRATT** (21), aka CLISTY DIANE BAKER, **PAUL WADE SHREVES** (22), **BRANDI SCOTT TURCOLA** (23), aka BRANDI SCOTT BLACKBURN aka BRANDI SCOTT SMITH

---

*[signature]*
UNITED STATES MAGISTRATE JUDGE
Criminal No. 3:17-CR-17