IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **THE UNITED STATES** | )( | |
| | )( | |
| **V.** | )( | **CAUSE NO. 3:17-CR-00017-B** |
| | )( | |
| **ROBERTO OMAR VERA (01)** | )( | |
| | )( | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT AND CONTINUANCE OF SENTENCING DATE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the Defendant, ROBERTO OMAR VERA, by and through his attorney of record, JAMES LEE BRIGHT, respectfully moves this Court to grant an extension of time in which to file objections to the Pre-Sentence Report and a continuance of the sentencing date. An extension of three weeks is requested to provide adequate and comprehensive response to each objection Defendant has to the Pre-Sentence Report. Defendant's attorney requests this time due to the fact he has been out of the office for an extended period with the flu and has not been able to adequately research and prepare his objections in this cause. As well, the objections deadline falls on March 14, 2019. Defendant's attorney has four children who will be out of school during the week objections are due, during which time the family will be out of town on a pre-planned trip. Due to the extension sought in the deadline to file objections to the Pre-Sentence Report, Defendant's attorney also requests an extension of the April 11, 2019 sentencing date.

Accordingly and for the foregoing reasons, Defendant respectfully requests that this Motion for Extension of Time to File Objections to the Pre-Sentence Investigation Report and Continuance of Sentencing Date be granted.

Respectfully submitted,

_____
James Lee Bright
Attorney for ROBERTO OMAR VERA

3500 Maple Avenue, Suite 400
Dallas, Texas 75219
214-720-7777, Office
214-720-7778, Facsimile
Jlbrightlaw@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on March 7, 2019, a true and correct copy of the above and foregoing document was served on the United States District Attorney's Office, *via electronic submission*.

_____
James Lee Bright
Attorney for ROBERTO OMAR VERA

## CERTIFICATE OF CONFERENCE

On March 7, 2019, I certify that I conferred with Assistant United States Attorney, P.J. Meitl, about the merits of this Motion received his assurances that he is unopposed to the delay sought by this motion..

SIGNED this 7th day of March, 2019.

_____
James Lee Bright
Attorney for ROBERTO OMAR VERA