IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE UNITED STATES | )( | |
| | )( | |
| V. | )( | CAUSE NO. 3:17-CR-00017-B |
| | )( | |
| ROBERTO OMAR VERA (01) | )( | |
| | )( | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT AND CONTINUANCE OF SENTENCING DATE

BE IT REMEMBERED that on the _____ day of _____, 20_____, came on to be heard Defendant's Motion for Extension of Time to File Objections to Pre-Sentence Investigation Report and Continuance of Sentencing Date, and appearing to the court that the motion is meritorious, it is therefore, ORDERED, ADJUDGED, and DECREED that:

1. Defendant's Motion for Extension of Time is GRANTED / DENIED

SIGNED this _____ day of _____, 20____.

_____
JUDGE PRESIDING